

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

JOHN L. HILL,
ATTORNEY GENERAL

February 3, 1977

The Honorable Jesse James
State Treasurer
P. O. Box 12608, Capitol Station
Austin, Texas   78711

Opinion No. H-937

Re:  List of remittances
submitted by heads of
State agencies to the
State Treasurer.

Dear Mr. James:

You ask several questions concerning the meaning and
effect of certain provisions of article 4388, V.T.C.S.,
which generally prescribes the procedure for handling money
remitted to State agencies when the agencies have not yet
determined the proper fund of the State Treasury into which
the remittance should be deposited.  Article 4388 provides
in relevant part:

> The State Treasurer shall receive daily
> from the head of each Department, each of
> whom is specifically charged with the duty
> of making same daily, a <u>detailed list</u> of
> all persons remitting money the status of
> which is undetermined or which is awaiting
> the time when it can finally be taken into
> the Treasury, together with the actual
> remittances which the Treasurer shall cash
> and place in his vaults or in legally
> authorized depository banks, if the
> necessity arises . . . .   (Emphasis added).

You indicate that recently at least one agency has begun
submitting microfilm copies of the actual checks or drafts
constituting the individual remittances instead of a separate
register that contains certain information extracted from
each.  You further indicate that these microfilm copies do
not contain all of the information you consider necessary
for your records and otherwise are not suitable for your

purposes.  In this regard you specifically inquire whether
these microfilm copies qualify as the "detailed list"
prescribed in article 4388, whether you may require that
the list submitted under 4388 include certain information,
and whether you may reject the use of lists, or substitutes
therefor, which do not provide sufficient and accurate
information.

To understand the purposes of article 4388, it is necessary
to examine the statute in relation to the general role and
duties of the State Treasurer.  The office of Treasurer of
the State of Texas is provided in the Texas Constitution
as part of the executive department of state government.
See Tex. Const. art. 3, § 49a; art. 4, §§ 1, 23.  The
Treasurer's duties are prescribed by law and generally
involve the receipt, storage and disbursement of state funds.
See V.T.C.S. arts. 4370-4393b.  Article 4372 specifically
requires the Treasurer to:

> [K]eep true accounts of the receipts
> and expenditures of public moneys of the
> Treasury, and close his accounts annually
> on the 31st day of August, with the
> proper legal vouchers for the same,
> distinguishing between the receipts and
> disbursements of each fiscal year.

Other statutes specifically impose similar requirements that
the Treasurer maintain at all times an exact statement of
the condition of the State Treasury for submission to the
Governor or the Legislature.  V.T.C.S. art. 4373.  As a
custodian of public funds, the Treasurer is subject to
suspension, impeachment, or possible criminal prosecution if
he cannot properly and accurately account for the public funds
when and as required by law.  See Tex. Const. art. 4, § 25;
V.T.C.S. art. 5961; Penal Code art. 39.01.

It is our opinion that the requirement in article 4388
for submission to the Treasurer of a "detailed list" of persons
remitting money is intended to assist the Treasurer in
carrying out his duty as the custodian of those public funds
covered by the article.  As the court in Bullock v. Calvert,
480 S.W.2d 367, 372 (Tex. 1972) stated:

> [E]very specific, permissible act of a
> public officer need not be expressed in a
> statute; we imply the authority to do those
> acts necessary to achieve the power or object
> expressly granted, because the Legislature
> must have intended to grant the constituent
> details within the larger commission.

Therefore insofar as the term "detailed list" as used in article 4388 lacks a statutory definition, it may be given a reasonable definition by the Treasurer for the purpose of achieving the object of the statute. We answer your questions together by indicating that insofar as the microfilm copies you describe do not efficiently provide the information necessary for proper maintenance of an accurate statement of the funds in question, they do not qualify as the "detailed list" prescribed by article 4388, and you, as State Treasurer, may require that the information submitted by each agency include those "details" regarding the remittance that are reasonably necessary for you to properly account for the funds. With respect to the form in which the information is submitted to the Treasurer, we note that article 4388 requires the department head to make the list and the Treasurer to receive it. We believe that the burden of organizing the information in reasonably usable form falls upon the department head, and that the Treasurer could require the information to be submitted in the form of the roll or register of items that is ordinarily signified by the word "list." Webster's Second International Dictionary at 1442 (1936).

We conclude that you need not acquiese in the use of lists or substitutes that do not provide in usable form the information necessary for you to account for the funds.

### S U M M A R Y

The "detailed list" of persons remitting
money of undetermined status which article
4388, V.T.C.S. requires department heads

to submit to the State Treasurer must include the information necessary for the Treasurer to account for the accompanying remittances.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jwb